IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES M. LEVERETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-076 |
| | ) | |
| MEDICAL DIRECTOR RODGERS; | ) | |
| NURSE TAYLOR; NURSE GREEN; | ) | |
| and NURSE JENN, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 14.)

The Magistrate Judge recommended dismissal because Plaintiff failed to connect the named Defendants with the alleged indifference to his medical condition. On December 22, 2022, Plaintiff filed an unsigned objection providing slightly more detail of his claims, so the Magistrate Judge provided Plaintiff a final opportunity to amend his complaint to include further detailed factual support. (Doc. no. 16.) However, Plaintiff was cautioned if he failed to timely file an amended complaint, the Magistrate Judge would submit the December 5, 2022 Report and Recommendation, along with Plaintiff's objections, to the undersigned based on the allegations actually contained in Plaintiff's original complaint. (Id. at 4.) Plaintiff has failed to timely submit an amended complaint.

Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this 7th day of February, 2023, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA